IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: June 4, 2013 |
| Court Reporter:   Gwen Daniel | Probation: Matthew Farwell |
| | Interpreter:   Susana Cahill |

_____

Criminal Action No.  13-cr-00011-WJM         *Counsel:*

UNITED STATES OF AMERICA,                    Brenda Taylor

    Plaintiff,

v.

JESUS EDUARDO RUIZ-PEREGRINO,                Scott Varholak
a/k/a Santos Moreno-Diaz,
a/k/a Jesus Eduardo Ruiz,

    Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

02:30 p.m.    Court in Session

Appearances

Oath administered to the Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Ms. Taylor

1

Sentencing Statement by Mr. Varholak

The Court addresses the Defendant's Objections to the Presentence Investigation Report (ECF No. 18)

Argument by Mr. Varholak

Argument by Ms. Taylor

Argument by Mr. Varholak

**ORDERED:** **The defendant's objections to the Presentence Investigation Report (ECF No. 18) that the 1990 New Mexico conviction does not qualify as a crime of violence is SUSTAINED; that defendant's 1990 criminal sexual penetration conviction is a crime of violence or an aggravated felony is SUSTAINED; that the assignment of criminal history points for the offenses listed in Paragraphs 39 and 56 is OVERRULED AS MOOT; and the objection as to whether the 2006 Adams County conviction qualifies as an aggravated felony is SUSTAINED.**

Defendant's Allocution

**ORDERED:** **The Defendant's Sentencing Statement And Motion For Downward Variance (ECF No. 19) is GRANTED IN PART.**

Defendant plead guilty to Count One of the Indictment on March 14, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jesus Eduardo Ruiz-Peregrino, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen months.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

>**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**
>
>**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the Special Assessment**.

The defendant is advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by guilty plea.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

03:19 p.m.     Court in Recess
               Hearing concluded
               Time: 50 minutes